**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8528**

---

MICHAEL L. JORDAN,

Plaintiff - Appellant,

versus

LONNIE M. SAUNDERS; RON ANGELONE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-95-1215)

---

Submitted: March 21, 1996          Decided: April 16, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael L. Jordan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion to vacate the judgment dismissing his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Jordan v. Saunders, No. CA-95-1215 (W.D. Va. Nov. 17 & 30, 1995). See generally Hanvey v. Blankenship, 631 F.2d 296, 297 (4th Cir. 1980) (prison officials do not violate inmate's Constitutional rights when they seize contraband). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2